# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Ann Shelby, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) Rebecca Nyhus and Jordan Berry d/b/a )<br>Plasticland, a Texas unincorporated business, )<br>2) Socksmith Design, Inc., a California corp., )<br>3) Forum Novelties, Inc., a New York corp., )<br>4) HK Web Marketing LLC, d/b/a Wonder )<br>Costumes, LLC, a Florida limited liability co., )<br>5) Blockbuster Costumes, LLC., a Delaware )<br>limited liability co., 6) Spencer Gifts )<br>Costumes LLC, a Delaware limited liability )<br>co., 7) Walmart.com USA, LLC, a California )<br>limited liability co., )<br>)<br>Defendants. )<br>)<br>) | Case No. CIV-16-432-D |

## DEFENDANTS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT MAY 3, 2017 HEARING

Defendants Forum Novelties, Inc., HK Web Marketing, LLC;, LLC; BlockBuster Costumes, LLC; Spirit Halloween Superstores LLC, and Spencer Gifts Costumes, LLC ("Defendants") move this Court to allow their co-counsel, Jeanne K. Spital, to appear telephonically at the status and scheduling conference set for May 3, 2016, at 9:30 a.m. In support of this motion, the parties state the following:

    1.    Co-counsel for Defendants are located in Miami, Florida.

2. Defendants' Co-counsel Craig Fitzgerald will appear in person.

3. Allowing Co-counsel to appear telephonically will save Defendants considerable resources, and will not adversely affect the proceedings.

4. Based on the above, Defendants respectfully request that the Court grant counsel leave to appear telephonically at the hearing set for May 3, 2017 at 9:30 a.m.

5. A proposed order is submitted herewith.

Respectfully submitted,

By: /s/ Jeanne K. Spital
Edward S. Polk
Florida Bar Number: 239860
Jeanne K. Spital
Florida Bar Number: 344273
Cole Scott & Kissane Building
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33256
Telephone: (305) 350-5338
Facsimile: (305) 373-2294
Primary email: Edward.Polk@csklegal.com
Primary email:  Jeanne.Spital@csklegal.com
Secondary email: Susana.Rodriguez@csklegal.com

CASE NO.: CIV-16-432-D

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all the ECF registrants:

/s/Jeanne K. Spital
Jeanne K. Spital
\\mia-file\miadoc\160713_0001\[3221224] motion - blank (additional captions).do