# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

**OKLAHOMA CITY, OK**
**DATE: September 5, 2018**

| | |
|---|---|
| **ANN SHELBY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-432-SLP |
| ) | |
| **REBECCA NYHUS et al.,** ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER:**

A settlement conference was held on September 4, 2018, before United States District Judge Charles B. Goodwin. Edward L. White appeared on behalf of Plaintiff as lead trial counsel. Edward S. Polk and Kevin Schlosser appeared on behalf of Defendants as lead trial counsel. Judge Goodwin has received the parties' subsequent settlement communications, and the case did not settle. The parties may contact Judge Goodwin for future settlement discussions.

By direction of Judge Goodwin, we have entered the above enter order.

                                                Carmelita Reeder Shinn, Clerk

                                By:    s/Jacob Buckle
                                            Deputy Clerk